# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>AND SEIZURE OF A SAMSUNG A14 CELLULAR TELEPHONE CURRENTLY IN THE CUSTODY OF U.S.PROBATION & PRETRIAL SERVICES, 55 PLEASANT STREET, CONCORD, NEW HAMPSHIRE | ) ) ) ) ) ) Case No. 1:23-mj- 220-01-TSM |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A of Affidavit for a full description of device.

located in the _____ District of New Hampshire, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 2252(a)(2) | Receipt/Distribution of Child Pornography |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Ronald Morin
*Applicant's signature*

Ronald Morin, Dept. of Homeland Security, Special Agent
*Printed name and title*

by telephonic conference.
Sworn to before me ~~and signed in my presence~~.

Date: **Dec 6, 2023**

*Judge's signature*

City and state: Concord, New Hampshire       Talesha L. Saint-Marc, US Magistrate Judge
*Printed name and title*